UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                            Case No. 13-20067
                                              Hon: George Caram Steeh

v.

D-2   TIMOTHY CROMER,

        Defendants.
_____/

## PRELIMINARY ORDER OF FORFEITURE

A First Superseding Indictment was filed on or around May 21, 2013, which

charged Defendant Cromer with Conspiracy to Commit Bribery pursuant to 18

U.S.C. §§ 371, 666(a)(1)(B); Receipt of Bribes by a Public Official pursuant to 18

U.S.C. §§ 666(a)(1)(B) and 2; and Conspiracy to Commit Program Fraud pursuant

to 18 U.S.C. §§ 371, 666(a)(1)(B).   The First Superseding Indictment also sought

criminal forfeiture pursuant to Fed.R.Crim.P. 32.2(a), including forfeiture of all

proceeds, direct or indirect, or property traceable to, facilitated, or that was

involved in the offense.

On April 15, 2014, Defendant Cromer pled guilty to Counts Two and Seven

of the First Superseding Indictment, and further agreed to the entry of a forfeiture

money judgment in the amount of proceeds he derived from the violations listed in

the First Superseding Indictment, less $43,190.13 in U.S. Currency from Flagstar

Bank CD Account No. XXXX2900 (Asset Id. 13-FBI-005422, which has already

been administratively forfeited by the Federal Bureau of Investigation.

Accordingly, the government requests the imposition of a forfeiture money

judgment in the amount of $1,497,000.00, representing the proceeds traceable to the

violations specified in the First Superseding Indictment.

NOW, THEREFORE, based upon the First Superseding Indictment,

Defendant's Rule 11 agreement, and other information in the record:

IT IS HEREBY ORDERED that a forfeiture money judgment in the amount

of $1,497,000.00 is entered against Defendant Cromer, in favor of the United States

of America, which represents the proceeds traceable to the violations specified in the

First Superseding Indictment.   To satisfy the money judgment, any assets that

Defendant Cromer has now, or may later acquire, may be forfeited as substitute

assets pursuant to 21 U.S.C. § 853(p).   The forfeiture money judgment shall be

reduced by the amount of funds ultimately forfeited to the United States, including

the $43,190.13 in U.S. Currency from Flagstar Bank CD Account No. XXXX2900

(Asset Id. 13-FBI-005422).

IT IS FURTHER ORDERED that upon entry of this Preliminary Order of

Forfeiture, the United States Attorney General or his designee is authorized to

commence any applicable proceeding to comply with the statutes governing third

party rights, including giving notice of this Order.

Pursuant to Fed.R.Crim.P. 32.2(c)(1) and (c)(2), this Order of Forfeiture shall become final as to the Defendant and be made part of the sentence and included in the judgment given that ancillary proceedings are not required because the forfeiture consists entirely of a money judgment.

The Court retains jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed.R.Crim.P. 32.2(e).

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**IT IS SO ORDERED.**


Date:   September 15, 2014                  s/George Caram Steeh
                                           HONORABLE GEORGE CARAM STEEH
                                           UNITED STATES DISTRICT JUDGE